**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES
Page 1 of 2

| | |
|---|---|
| Case No.: | 21-41554 |
| Case Name: | ORIGINAL TILE SOURCE, LLC |
| For the Period Ending: | 12/31/2022 |

| | |
|---|---|
| Trustee Name: | Tracey L. Montz |
| Date Filed (f) or Converted (c): | 04/27/2022 (c) |
| §341(a) Meeting Date: | 05/19/2022 |
| Claims Bar Date: | 03/01/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2017 Chevrolet 3500 | $32,952.00 | $0.00 | OA | $0.00 | FA |
| 2 | 2017 Chevrolet 2500 | $42,877.00 | $0.00 | OA | $0.00 | FA |
| 3 | 2016 Ram 3500 | $27,825.00 | $0.00 | OA | $0.00 | FA |
| 4 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Regions Bank DIP Account 4675 | $23,783.75 | $0.00 | | $0.00 | FA |
| Asset Notes: | Negative balance at time of conversion to Ch. 7 | | | | | |
| 7 | Accounts Receivable Over 90 days old/ uncollectible | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Solid surface slabs | $100,000.00 | $0.00 | | $0.00 | FA |
| 9 | Tile | $487,029.15 | $0.00 | | $0.00 | FA |
| 10 | Office Furniture. | $1,000.00 | $0.00 | | $0.00 | FA |
| 11 | Computers and printers. | $5,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2009 Ford F450 Pickup | $11,343.00 | $0.00 | OA | $0.00 | FA |
| 13 | 20' equipment trailer | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 14 | 12' Utility Trailer | $3,500.00 | $3,500.00 | OA | $0.00 | FA |
| 15 | Misc. small tools | $15,000.00 | $0.00 | | $0.00 | FA |
| 16 | Clark Forklifts x 2 | $15,000.00 | $0.00 | | $0.00 | FA |
| 17 | 2300 Chattanooga Rd Dalton  GA 30720-2965 | $150,000.00 | $6,000.00 | | $0.00 | FA |
| 18 | Goodwill | Unknown | $0.00 | | $0.00 | FA |
| 19 | See Adv. P. No. 21-04017. Claims against AV Industries, LLC. Gerald Vaughn Rentals, LLC, and Gerald Vaughn for recovery of property and money, wrongful foreclosure, interference with business relations, etc. | Unknown | $0.00 | | $0.00 | FA |
| 20 | Potential causes of action | $0.00 | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | Given a $1 value until value can be determined | | | | | |

| | | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | $920,309.90 | $14,501.00 | | $0.00 | $1.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No.: | 21-41554 | |
| Case Name: | ORIGINAL TILE SOURCE, LLC | |
| For the Period Ending: | 12/31/2022 | |

| | |
|---|---|
| Trustee Name: | Tracey L. Montz |
| Date Filed (f) or Converted (c): | 04/27/2022 (c) |
| §341(a) Meeting Date: | 05/19/2022 |
| Claims Bar Date: | 03/01/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**
　　Trustee is investigating potential causes of action.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2025 | **Current Projected Date Of Final Report (TFR):** | |

/s/ TRACEY L. MONTZ
_____

TRACEY L. MONTZ